```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 14710
   JAMES QUENTIN GOBLIRSCH
   LINDA ANN GOBLIRSCH                          CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

          Debtor
   SSN XXX-XX-7338    SSN XXX-XX-5619
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/15/05 and confirmed on 06/10/05.

   2.  The case was dismissed after confirmation, 01/11/2008.

   3.  The Debtor paid a total of $ 117598.40 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN GENERAL FINANCE | UNSECURED | 3875.00 | .00 | .00 |
| BAXTER CREDIT UNION | SECURED | 17672.21 | 1956.21 | 17672.21 |
| BAXTER CREDIT UNION | UNSECURED | 2954.79 | .00 | .00 |
| CITIFINANCIAL | SECURED | 3025.00 | 327.11 | 2953.48 |
| HSBC | SECURED | 12662.52 | .00 | 12662.52 |
| WELLS FARGO FINANCIAL IN | CURRENT MORTG | 63111.62 | .00 | 63111.62 |
| WELLS FARGO FINANCIAL IN | MORTGAGE ARRE | 9438.10 | .00 | 9247.99 |
| BECKET & LEE LLP | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 752.15 | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 2208.78 | .00 | .00 |
| BAXTER CREDIT UNION | UNSECURED | 4563.60 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CHECK INTO CASH INC | UNSECURED | 216.00 | .00 | .00 |
| CHECK N GO OF ILLINOIS I | UNSECURED | 260.76 | .00 | .00 |
| GREENLEAF ORTHOPEDIC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1667.43 | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| QUENTIN & MARY COBLIRSCH | UNSECURED | 57558.41 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORPORA | UNSECURED | 303.48 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1374.74 | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| BAXTER CREDIT UNION | UNSECURED | .00 | .00 | .00 |

          Summary of disbursements:

---

              SECURED       PRIORITY     UNSECURED        OTHER          TOTAL

```
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     105909.45           .00      75735.14           .00    181644.59
PRINCIPAL PAID         105647.82           .00           .00           .00    105647.82
INTEREST PAID            2283.32           .00           .00           .00      2283.32
TOTAL PAID             107931.14           .00           .00           .00    107931.14
```
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $    4596.06 .

Refunds to the Debtor totaled $    2371.20 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated:  04/11/08                    /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE




                                PAGE   2
          CASE NO. 05 B 14710 JAMES QUENTIN GOBLIRSCH & LINDA ANN GOBLIRSCH